UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLINTON TOBIAS CUMMINGS,

    Petitioner,

v.   Case No.  8:09-cv-1606-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER OF DISMISSAL

THIS CAUSE came before the Court for hearing on July 26, 2010, on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #1).  Petitioner made an oral motion to withdraw said Motion, which the Court orally granted (Dkt. #15).  There are no other pending issues before the Court.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2010.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1606.dismissal.wpd